# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Marvenia D. Graham**

    vs.                            **CASE NUMBER: 1:08-cv-892 RFT**

**City of Albany, et al.**

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that the Defendants' Motions to Dismiss (Dkt. Nos., 27, 35, & 46) are GRANTED, and the Amended Complaint (Dkt. No. 13) is DISMISSED in its entirety.

All of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Randolph F. Treece, dated the 23rd day of November, 2009.

DATED: November 24, 2009

                                                    Clerk of Court

                                                    S/
Britney Norton
Deputy Clerk